THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Duston Lenier Rogers, Appellant.
 
 
 

Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2009-UP-136
Submitted March 2, 2009  Filed March 10,
 2009    
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 
 Assistant Attorney General Michelle J. Parsons, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Duston
 Lenier Rogers appeals his sentence for
 possession of crack cocaine with intent to distribute (PWID crack cocaine),
 arguing the trial court erred in treating his PWID crack cocaine conviction as
 third offense for sentencing purposes.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Tucker, 319 S.C. 425, 428, 462 S.E.2d 263, 265 (1995) (explaining if
 an appellant does not object on a specific ground at trial, the argument is
 procedurally barred); State v. Johnston, 333 S.C. 459, 462, 510 S.E.2d
 423, 425 (1999) (stating a challenge to sentencing must be raised at
 trial, or the issue will not be preserved for appellate review).
AFFIRMED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.